IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ALVIE PERNELL**                                                                               **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 3:07CV729TSL-JCS**

**PROGRESSIVE GULF INSURANCE COMPANY**                  **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the motion *ore tenus* of the parties who hereby agree to the entry of this order dismissing the cause with prejudice. The Court is fully advised in the premises and finds that the motion is well-taken and it is hereby

ORDERED AND ADJUDGED that this case is dismissed with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 8th day of January, 2009.

                                                        /s/Tom S. Lee
                                                        UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:

/s/ Joe N. Tatum                             /s/ C. Maison Heidelberg
JOE N. TATUM, MB #10308              C. MAISON HEIDELBERG, MB #9559
Attorney for Plaintiff                         Attorney for Defendant